AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jan 11, 2021**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| DEBBIE JO L.,<br>*Plaintiff*<br>v.<br>ANDREW M. SAUL,<br>COMMISSIONER OF SOCIAL SECURITY,<br>*Defendant* | Civil Action No. 2:20-CV-00034-MKD |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:    Plaintiff's Motion for Summary Judgment, ECF No. 15, is DENIED.
Defendant's Motion for Summary Judgment, ECF No. 16, is GRANTED.
Judgment is entered for the Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge    Mary K. Dimke    on a Motions for Summary Judgment.

Date: 1/11/2021

*CLERK OF COURT*

SEAN F. McAVOY

s/ Sara Gore
*(By) Deputy Clerk*

Sara Gore